THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ryan Robert Lett, Appellant.
 
 
 

Appeal from Greenville County
 D. Garrison Hill, Circuit Court Judge
Unpublished Opinion No. 2007-UP-471
Submitted October 1, 2007  Filed October 11, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Ryan Robert Lett appeals the revocation of his probation and consequent one-year sentence.  Lett contends no evidence supports the circuit courts finding that he violated his probation conditions.  Letts counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  Lett did not file a pro se response brief.  After a thorough review of the record and counsels brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Letts appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.